UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Eldanis Garcia Morales et al_   CIVIL NO. _96-1975_ (DRD)

v.

Defendant(s) _Instituto Comercial de Puerto Rico Junior College et al_

| MOTION | ORDER |
|---|---|
| Docket entry no. _28_ | ☒ GRANTED. |
| Date: _April/05/2000_ | ☐ DENIED. |
| Title: _Leave to file in Spanish_ | ☐ MOOT. |
| | ☐ NOTED. |
| Leave is granted. Notwithstanding, should this case be appealed Plaintiffs must supply a translation forthwith. | |

RECEIVED AND FILED
00 AUG -1 AM 8:26
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

IT IS SO ORDERED.

Date: _July/28/2000_

_[signature]_
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE