UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) _Idania Garcia Morales et al_ CIVIL NO. _96-1975_ (DRD)

v.

Defendant(s) _Instituto Comercial de Puerto Junior College et al_

| MOTION | ORDER |
|---|---|
| Docket entry no. _29 & 30_ | ☒ GRANTED. |
| Date: _May 15/12/2000_ | ☐ DENIED. |
| Title: _Extensions of time_ | ☒ MOOT. |
| | ☐ NOTED. |
| Reply to motion to show cause was filed on May 30, 2000 (Docket no 31). | |

IT IS SO ORDERED.

Date: _July 28/2000_

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE

34